UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSEPH CLARK
Defendant.

Case No. 1:10-cr-00081(3)

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **2472**) Date/Time: 11/13/2024 @ 1:30 p.m.
United States Attorney: **DANIELLE MARGEAUX**
Defendant Attorney: **SCOTT RUBENSTEIN (CJA)** Interpreter: N/A

☐ By telephone  ☐ By videoconferencing  ☐ Deft does/does not consent to proceed
*Initial Appearance:* ☐ Complaint; ☐ Indictment; ☐ Information; ☒ petition for supervised release ☐ Rule 5(c)/32.1 Proceedings
☒ Counsel present          ☐ Superseding Indictment          ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☒ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed ☐ FPD ☒ CJA ☐ Charging document unsealed upon oral motion of the United States
☐ Government informed of requirements of Fed. R. Crim. P. 5(f)      ☐ Defendant did not contest detention at this time
*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
                                                                 ☐ Detention is moot-active parole/probation detainer
Plaintiff Witness _____                                          ☐ Detention is moot - serving state sentence
Defendant Witness _____                                          ☐ Home Incarceration
☒ OR  ☐ Secured with _____            ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
☐ Third-Party Custodian: _____        ☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone
Special Conditions of Release: ☒ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
**COMPLY WITH ALL CONDITIONS OF** ☐ Do not obtain passport ☐ Mental Health Eval/Treatment
*Pretrial Bond Violation Hearing:* **SUPERVISED RELEASE**
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☒ waived; ☐ bond continued/denied
AUSA Witnesses: _____     Defendant Witnesses: _____

AUSA Exhibits: _____      Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Second Superseding Indictment*
Defendant waives reading ☐                Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered                             ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing      ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered  ☐ Removed to _____
☐ Probable Cause Found
                                          ☐ Defendant to voluntarily report to charging district no later than _____

Remarks:
**CASE TO PROCEED TO DOCKET OF JUDGE BARRETT FOR FINAL HEARING**